IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| Nova D. Cory, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-5101-CV-W-JTM |
| | ) | |
| Officer D. Jones, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In light of the age of this matter, the pendency of motions, a lack of service on all defendants, and the fact that consent to proceed before a magistrate judge has not been received, and is unlikely to be forthcoming, it is

**ORDERED** that the Clerk of the Court shall redraw this matter for reassignment to a District Judge for all further proceedings.

                                        */s/ John T. Maughmer*
                                        **John T. Maughmer**
                                        **United States Magistrate Judge**